1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>KEANU LEI-SAM,<br><br>          Defendant. | NO.    CR21-184 JCC<br><br>INFORMATION |

The United States Attorney charges that:

## COUNT 1
**(Obstruction of Mail)**

Beginning at a time unknown but within the last five years and continuing through in or about June 2021, in King County, within the Western District of Washington, and

///

///

INFORMATION/LEI-SAM – 1

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   elsewhere, the defendant, KEANU LEI-SAM, did knowingly and willfully obstruct and

2   retard the passage of mail.

3            All in violation of Title 18, United States Code, Section 1701.

4

5   DATED this ___ day of November, 2021.

6

7                                    *Sarah G. Vogel, for*

8                                    NICHOLAS W. BROWN
                                     United States Attorney

9

10

11                                   THOMAS M. WOODS
                                     Assistant United States Attorney

12

13

14                                   SOK TEA JIANG
                                     Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION/LEI-SAM – 2

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970